UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK CANADY,

                             Plaintiff,

                                  DECISION AND ORDER

                                  21-CV-6223L

     v.

U OF R/STRONG MEMORIAL MEDICAL
CENTER, et al.,

                             Defendant.
_____


    Plaintiff Mark Canady, appearing *pro se*, has filed a motion (Dkt. #15) for an extension of time within which to file a Notice of Appeal from this Court's Decision entered July 14, 2021. Plaintiff's motion is GRANTED, and he is given leave to file a Notice of Appeal within fourteen (14) days of entry of this Decision and Order.

    IT IS SO ORDERED.

                                            _____
                                             DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
        August 26, 2021.